UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-62705-CIV-BLOOM/VALLE

TRIPLE TEE GOLF, INC.,

    Plaintiff,

v.

CALLAWAY GOLF COMPANY, CALLAWAY
SALES COMPANY, and JOHN DOES 1-10,

    Defendants.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** came before the Court *sua sponte*. On January 29, 2016, the Court entered an Order requiring Plaintiff to file proof of service as to Defendants on or before March 28, 2016, ECF No. [7]. The Court further instructed that failure to file proof of service would result in a dismissal without prejudice without further notice as to this action. Plaintiff has failed to comply with the Order, has not sought an extension of time within which to do so, and has not advised that a dismissal as to this case will result in a statute of limitations bar to re-filing. Accordingly, it is

**ORDERED AND ADJUDGED** that this action is **DISMISSED WITHOUT PREJUDICE**. The Clerk is instructed to **CLOSE** this case.

**DONE AND ORDERED** in Miami, Florida this 30th day of March, 2016.



_____
**BETH BLOOM**
**UNITED STATES DISTRICT COURT**

cc:    counsel of record